**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6758**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DERRICK LAMONT GALLOWAY,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Danville.   Jackson L. Kiser, Senior District Judge.  (4:03-cr-30067-jlk-1)

———————

Submitted:  July 22, 2010          Decided:  August 3, 2010

———————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Derrick Lamont Galloway, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Lamont Galloway appeals the district court's order denying his motion for resentencing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Galloway</u>, No. 4:03-cr-30067-jlk-1 (W.D. Va. May 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>